# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00470-CR

**Richard Gonzalez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-05-786, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Gonzalez seeks to appeal from a judgment of conviction for aggravated sexual assault. The trial court has certified that this is a plea bargain case and Gonzalez has no right of appeal. The court has further certified that Gonzalez waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

The appeal is dismissed. Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  November 3, 2006

Do Not Publish